IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALVIN C. THOMPSON ,

      Appellant,

v.

JULIE L. JONES, SECRETARY
OF THE FLORIDA
DEPARTMENT OF
CORRECTIONS, AND
JEFFREY STRALEY,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4096

_____/

Opinion filed October 14, 2015.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Alvin C. Thompson, Pro Se, Appellant.

Pamela Jo Bondi, Attorney General, Jamie M. Braun, Assistant Attorney General,
for Appellee Julie L. Jones, Secretary of the Florida Department of Corrections.

PER CURIAM.

     AFFIRMED.

SWANSON, OSTERHAUS, and KELSEY, JJ., CONCUR.